MANESS v. CONSTRUCTION CO.

No. 44 PC.

Case below: 10 N.C. App. 592.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 4 May 1971.

ROBBINS v. NICHOLSON

No. 93.

Case below: 10 N.C. App. 421.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 4 May 1971.

STATE v. DAVIS.

No. 42 PC.

Case below: 10 N.C. App. 712.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 4 May 1971.

STATE v. INGRAM

No. 40 PC.

Case below: 10 N.C. App. 709.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 4 May 1971.

STATE v. POWELL

No. 41 PC.

Case below: 10 N.C. App. 726.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 12 May 1971.

STATE v. SHEDD

No. 37 PC.

Case below: 10 N.C. App. 139.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 4 May 1971.